■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD E. DE GROAT, Appellant.— Order affirmed. (See prior appeals, *inter alia*, 5 A D 2d 1045, affd. 5 N Y 2d 947, mot. for rearg. den. 16 N Y 2d 883; 8 A D 2d 664, cert. den. 364 U. S. 284, 368 U. S. 863; 16 A D 2d 994, mot. for lv. to app. den. 12 N Y 2d 643, cert. den. 372 U. S. 920.) Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.